**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 09 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-30163 |
| Plaintiff - Appellee, | D.C. No. 9:03-cr-00050-DWM-3 |
| v. | |
| PEDRO CORNEJO, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Donald W. Molloy, Senior District Judge, Presiding

Submitted May 5, 2016[**]

Before:     HUG, FARRIS, and CANBY, Circuit Judges.

Pedro Cornejo appeals from the district court's order denying his 18 U.S.C.

§ 3582(c)(2) motion for a sentence reduction.  Pursuant to *Anders v. California*,

386 U.S. 738 (1967), Cornejo's counsel has filed a brief stating that there are no

grounds for relief, along with a motion to withdraw as counsel of record.  We have

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

provided Cornejo the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED**.

**AFFIRMED**.